IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00778-DME-BNB

JAMIE LADUKE, and
STEPHANIE CULLEN,

Plaintiffs,

v.

MERCURY PAYMENT SYSTEMS, INC., a Delaware corporation,

Defendant.
_____

**ORDER**
_____

Counsel appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit, on or before **June 3, 2011**, a revised scheduling order modified as discussed at the scheduling conference.

Dated May 31, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge