**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00778-DME-BNB

JAMIE LaDUKE and
STEPHANIE CULLEN,

    Plaintiffs,

v.

MERCURY PAYMENT SYSTEMS, INC., a Delaware corporation,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Upon review of the Parties' Stipulated Motion to Dismiss with Prejudice, this Court hereby GRANTS the Motion. This matter is considered dismissed with prejudice, each Party to bear its own costs and fees.

SO ORDERED this 29th day of December, 2011.

                BY THE COURT:

                *s/ David M. Ebel*

                _____
                David M. Ebel
                U.S. Circuit Court Judge